Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Haywood Kerr

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| HAYWOOD KERR, | Case No.: 1:17-cv-00108-JLT |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE JENNIFER L. THURSTON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Haywood Kerr ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

///

1  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P.
2  Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

3  DATE: September 8, 2017    Respectfully submitted,

4  LAW OFFICES OF LAWRENCE D. ROHLFING

5
       /s/ *Monica Perales*
6  BY:_____
   Monica Perales
7  Attorney for plaintiff Haywood Kerr

8  DATE: September 8, 2017    PHILIP A. TALBERT
9                             United States Attorney

10      /s/ *Gina Tomaselli*
        _____
11  GINA TOMASELLI
    Special Assistant United States Attorney
12  Attorneys for Defendant Nancy A. Berryhill,
    Acting Commissioner of Social Security
13  (Per e-mail authorization)

14

15  IT IS SO ORDERED.

16  DATED: 9/11/17

                                          *Jennifer L. Thurston*
17                              _____
                                Jennifer L. Thurston, U.S. Magistrate Judge

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 1:17-CV-00108-JLT**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 8, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*

_____
Monica Perales
Attorneys for Plaintiff